FILED
12/11/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 17 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Akeem Simmons
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
C.O Silvia
C.O Gonzalez
C.O Tokarz
_____

Case No:_____
(To be supplied by the Clerk of this Court)

1:17-cv-08334
Judge Robert W. Gettleman
Magistrate Judge Sidney I. Schenkier
PC6

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

A. Name: Akeem Simmons

B. List all aliases: N.A

C. Prisoner identification number: 2013-0302-225

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box, 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

Title: Chief Sherrif

Place of Employment: Cook County Department

B. Defendant: C.O. Silvia

Title: Correctional officer

Place of Employment: C.C.D.O.C

C. Defendant: C.O. Gonzalez

Title: Correctional officer

Place of Employment: C.C.D.O.C

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. Defendant - C.O. Tokarz
Title - Correctional officer
Place of Employment - C.C.D.O.C

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Akeem Simmons vs. Dart 17cv9469 N.D. ILL

   B. Approximate date of filing lawsuit: feb 23, 2017

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Akeem L. Simmons

   D. List all defendants: Tom Dart, Correctional officer Valdez, Cook County Jail

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

   F. Name of judge to whom case was assigned: Robert W. Gettleman

   G. Basic claim made: Denial of medical attention

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case was dismissed

   I. Approximate date of disposition: September 20, 2017

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 10-12-17 between the hours of 8 A.M and 9a.m in cook county Jail (DIV-9-1f-1026) I had a psysical altercation with C.O. Silvia as he was removing my handcuffs. After my actions took place C.O. Tokar pushed me into my cell and detained me to the floor, as I was on the ground C.O. Silvia, Gonzalez, and Tokarz repeatedly punched and kicked me while yelling "motherfucker you want to put your hands on an officer!" While this took place I observed C.O. Silvia say "let me see him right quick" Then he walked up to me and punched me in the eye. All while I was on the floor C.O. Tokarz yelled "hurry up, fuck him up." Due to this altercation I suffered a swollen eye, extreme head trauma, and a number of bruises on my body. C.C.D.O.C. showed a deliberate indifference by the use of excessive for to an inmate after he was already detained on the floor from an altercation.

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a settlement of $20,000 dollars for being badly beaten by officers that are ~~~~ here to correct my wrongs, it's effecting me mentally.

VI. The plaintiff demands that the case be tried by a jury.  ☐ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ~~20~~ 11 day of 4 , 20 17

_Akeem Simmons_
(Signature of plaintiff or plaintiffs)

Akeem Simmons
(Print name)

20130302225
(I.D. Number)

P.O. Box, 089002
(Address)

6

Revised 9/2007

Aheem Simmons 2013022225
P.O. Box, 08902
Chicago, IL. 60608



11/17/2017-4

1:17-cv-08334
Judge Robert W. Gettleman
Magistrate Judge Sidney I. Schenkier
PC6

United States District Court
219 S. Dearborn Street
Chicago, IL. 60604

